**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DIANE MACKLEY, | : | No. 138 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (PATHMARK STORES), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.